LAW OFFICES

Shure, Perez & O'Connor

103 NORTH ADAMS STREET
ROCKVILLE, MARYLAND 20850-2217
301-762-8960
FAX 301-762-3382

DEANE A. SHURE
CAROLE C. PEREZ
RICHARD E. O'CONNOR

ALSO ADMITTED
DISTRICT OF
COLUMBIA

TAKOMA PARK OFFICE
7110 MAPLE AVENUE
TAKOMA PARK, MD 20912
301-7824861

TALBOT COUNTY OFFICE
5490 WINDWARD DRIVE
TILGHMAN, MD 21671
410-886-2782

GARRETT COUNTY OFFICE
958 BECKMAN'S PENINSULA ROAD
SWANTON, MD 21561
301-387-0055
FAX 301-387-4401

July 17, 2006

W. Steven Smitson, Esq.
Jessica Salsbury
Casa of Maryland, Inc.
734 East University Blvd
Silver Spring, MD 20903

Re: Marroquin v. Canales

Dear Mr. Smitson and Ms. Salsbury:

The Defendants do not object you amending the Complaint to add additional parties. Please contact me if you have additional issues.

Sincerely,

Richard O'Connor